1  Mark A. Romeo, Bar No. 173007
   mromeo@littler.com
2  Derek S. Hecht, Bar No. 273039
   dhecht@littler.com
3  LITTLER MENDELSON P.C.
   18565 Jamboree Road
4  Suite 800
   Irvine, California 92612
5  Telephone: 949.705.3000
   Fax No.:    949.724.1201
6
   Attorneys for Plaintiff
7  R. R. DONNELLEY & SONS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS, III, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-00753-JAM-AC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL PORTIONS OF ITS COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE |

The Court, having reviewed Plaintiff R. R. DONELLEY & SOS COMPANY's ("RRD") Request to Seal Portions of Its Complaint and Motion for Temporary Restraining Order (the "Request"), all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

IT IS ORDERED that RRD's Request is GRANTED.

IT IS FURTHER ORDERED the following portions of RRD's Complaint and Motion for Temporary Restraining Order be sealed:

1. The following Portions of the Complaint: pg. 4 lines 26-27; pg. 5 lines 4-6; pg. 5 lines 9-11; pg. 13 line 23 and 27; pg. 14 line 1; pg. 14 lines 8-9; pg. 14 lines 13-20; pg. 14 line 25; pg. 14 lines 27-28; pg. 15 line 1;

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL

pg. 15 line 13; pg. 15 line 17; pg. 15 lines 19-22; pg. 15 line 27; pg. 16 line 1; pg. 16 line 3; pg. 16 line 6; portions of Exhibits 5-7; entire Exhibit 8; and portions of Exhibits 9-11.

2. The following portions of the Motion for Temporary Restraining Order:

   a. Memorandum of Points and Authorities: pg. 2 lines 23-25; pg. 3 line 1; pg. 6 lines 10-11; pg. 7 line 3; pg. 7 line 8; pg. 7 lines 27-28; pg. 8 line1; pg. 8 lines 3-10; pg. 8 line 15; pg. 8 line 17; pg. 8 line 18; pg. 8 line 19; pg. 8 footnote 1; pg. 9 line 6; pg. 9 lines 12-13; pg. 9 line 15; pg. 9 line 19; pg. 9 line 22; pg. 11 lines 26-27;

   b. Declaration of Shane D. Shook, Ph.D.: Entire Exhibit 3;

   c. Declaration of Craig Roberton: pg. 4 lines 14-16; pg. 4 lines 19-20; pg. 4 line 28; pg. 5; lines 1-5; pg. 5 lines 19-20; pg. 5 lines 24-26; pg. 6 lines 4-5; pg. 6 lines 10-15; pg. 6 lines 20-21; pg. 7 lines 3-4; pg. 8 lines 3-4; pg. 9 line 9; pg. 9 line 14; pg. 9 lines 17-19; pg. 9 line 21; pg. 9 lines 23-24; pg. 9 lines 27-28; pg. 10 lines 1-5; pg. 10 lines 8-9; pg. 10 lines 14-15; pg. 10 lines 20-21; pg. 11 lines 12-13; pg. 11 lines 17-18; pg. 11 lines 26-27; pg. 12 lines 2-9; pg. 12 lines 13-17; pg. 13 lines 4-6; pg. 13 line 10; pg. 13 lines 14-15; pg. 13 line 19; pg. 13 line 22; pg. 13 line 24; pg. 13 line 26; entire Exhibits 1 and 2; and portions of Exhibits 3-10.

IT IS SO ORDERED.

DATED: April 27, 2021     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000