Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Plaintiff
R. R. DONNELLEY & SONS COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS III, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-00753-JAM-AC<br><br>**STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION**<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE |

Plaintiff R. R. DONELLEY & SONS COMPANY ("RRD") and Defendant JOHN PAPPAS III ("Pappas"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, Pappas is a former employee of RRD;

2. WHEREAS, as alleged in RRD's April 26, 2021 Complaint, prior to Pappas' resignation, Pappas engaged in conduct that RRD contends breached his duty or loyalty and by downloading RRD Confidential Information, as defined below, using a non RRD computer and then deleting those files from RRD's cloud-based storage accounts;

3. WHEREAS, Pappas is now working for Dome Printing;

4826-2470-1671.1 / 080723-1059

4. WHEREAS, Pappas denies all of the allegations of wrongdoing set forth in the Complaint, and admits to no wrongdoing, misconduct, and/or breach of any obligation; and

5. WHEREAS, to avoid the cost and expense of going through a Temporary Restraining Order and Preliminary Injunction proceeding, RRD and Pappas are in agreement on the terms of a stipulated preliminary injunction.

**IT IS SO STIPULATED** between RRD and Pappas, through their respective attorneys of record, that based on this record and the recitals contained above, the Court should enter a Preliminary Injunction:

    a) Enjoining Pappas, and those acting in concert with him from: (i) using, disclosing, exploiting, transmitting, copying, or accessing, either directly or indirectly, any RRD confidential, proprietary, and/or trade secret information (collectively the "Confidential Information") in any way, regardless of where stored or copied; and (ii) deleting or manipulating any Confidential Information or other data copied or taken from RRD that Pappas or his agents have uploaded and/or stored using any computer, USB device(s), external hard drive, and/or cloud-based storage account, or any other software or hardware application of any kind.

    b) Compelling Pappas, and those acting in concert with him, within five (5) days to: (i) immediately turn over to RRD any and all RRD hard copy records containing any RRD Confidential Information that is in Pappas's possession, custody, or control; (ii) make all of Pappas's personal electronic data storage system(s) and/or personal computer(s), including but not limited to computers, hard drives, USB storage devices, cloud based data storage systems, smart phones, and any other electronic storage device(s) (together with log-ons and passwords for each) available to an independent third party forensic analyst, agreed upon by the parties, to create a forensic image to (a)

LITTLER MENDELSON P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

preserve data; and (b) verify if Pappas is in possession, custody, or control of RRD's Confidential Information, and to determine any and all uses, copies, or transmissions of such data while in Pappas's control or custody.

    i. Such analyst shall not provide any information to RRD from such devices or systems unrelated to the RRD Confidential Information but shall provide to Plaintiff's counsel a copy of all RRD Confidential Information located through such forensic analysis and any material reflecting or relating to the copying, transport, or use of the RRD's Confidential Information.

    ii. For the avoidance of doubt, the examiner shall not disclose: (a) privileged information between Pappas and his attorneys; or (b) information subject to other confidentiality obligations Pappas may have to other third parties, including Dome Printing. To ensure no privileged/non-RRD proprietary information is provided to RRD, the files/folders that are located by the forensic examiner will first be sent to counsel for Pappas, and Pappas's counsel will have five days to review the same and if it believes that any of the data contains privileged and/or non-RRD's proprietary information belonging to third parties, counsel for Pappas will produce a privilege log to be sent to counsel for RRD. The parties will then work together in good faith to resolve any disputes over privilege/non-RRD proprietary information. The neutral forensic examiner shall exercise his/her reasonable business judgment in resolving any dispute. Exclusionary keywords may be used to identify putatively privileged documents for review by Pappas's counsel in accordance with the above procedures.

c) Compelling Pappas to preserve all evidence, whether electronic

LITTLER MENDELSON P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

or otherwise, related in any way to this matter.

      d)    Compelling Pappas to respond to and provide substantive responses within seven (7) days of service to one (1) set of document requests consisting of fifteen inspection demands and one (1) set of interrogatories consisting of fifteen interrogatories and also submit to a deposition no later than fourteen (14) days after the issuance of this Order.

Dated: April 29, 2021           Respectfully Submitted,

*/s/ Marc A. Romeo*
MARK A. ROMEO
DEREK S. HECHT
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
R.R. DONNELLEY & SONS COMPANY

Dated: April 29, 2021           BUCHALTER, P.C.

By: */s/ Dylan W. Wiseman*
Dylan W. Wiseman
Berit Elam
Attorneys for Defendant
JOHN PAPPAS III

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 30, 2021           /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4826-2470-1671.1 / 080723-1059 STIPULATION FOR ENTRY OF PERMANENT INJUNCTION