Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.:    949.724.1201

Attorneys for Plaintiff
R. R. DONNELLEY & SONS COMPANY

Dylan W. Wiseman, Bar No. 173669
dwiseman@buchalter.com
Berit L. Elam
belam@buchalter.com
BUCHALTER
500 Capitol Mall, Suite 1900
Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170

Attorneys for Defendants
JOHN PAPPAS III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS III, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-00753-JAM-AC<br><br>**JOINT STIPULATION FOR LEAVE TO AMEND COMPLAINT AND ORDER**<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JOHN A. MENDEZ<br><br>Trial Date: Not Set<br>Complaint Filed:     April 26, 2021 |

JOINT STIPULATION TO AMEND COMPLAINT; ORDER

Plaintiff R.R. Donnelley & Sons Company ("Plaintiff") and Defendant John Pappas III ("Defendant") by and through their respective counsel of record hereby stipulate as follows:

**WHEREAS,** Plaintiff filed its Complaint on April 26, 2021;

**WHEREAS,** Defendant filed his Answer on August 23, 2021;

**WHEREAS,** Plaintiff, based on evidence uncovered during the discovery process, seeks to file a First Amended Complaint ("FAC") adding Dome Printing, clean version of which is attached hereto as **Exhibit A,** and redlined version showing the proposed changes from existing Complaint attached as **Exhibit B**;

**WHEREAS,** neither Defendant nor Dome Printing object to the filing of the FAC.  However, Defendants object to redacting the customer names from the FAC, and reserve their rights to object to contest the redactions;

**WHEREAS**, the parties wish to avoid the time and expense of a Motion for Leave to Amend Plaintiff's Complaint;

**WHEREAS**, all Parties reserve their respective rights, including Defendant's right to challenge a Motion to Seal portions of the FAC and to contest the redactions;

**NOW THEREFORE**, the Parties, by and through their respective counsel, and subject to the Court's approval, hereby request that the Court enter the FAC attached as Exhibit A and to add Dome Printing as a named Defendant in this matter, and stipulate to the Court ordering that Exhibit A be filed as an amended complaint, and with all Parties reserving their respective rights.

**IT IS SO STIPULATED.**

LITTLER MENDELSON P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

Dated: October 18, 2021

LITTLER MENDELSON P.C.

*/s/Mark A. Romeo*
Mark A. Romeo
Derek S. Hecht

Attorneys for Plaintiff
R. R. DONNELLEY & SONS COMPANY

Dated: October 18, 2021

BUCHALTER

*/s/Dylan W. Wiseman*
Dylan W. Wiseman
Berit L. Elam

Attorneys for Defendant
JOHN PAPPAS III

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

LITTLER MENDELSON P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

3

JOINT STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER

# **ORDER**

Pursuant to the Stipulation of Plaintiff R.R. Donnelley & Sons Company and Defendant John Pappas III filed concurrently herewith and good cause appearing, IT IS HEREBY ORDERED Plaintiff's First Amended Complaint, attached hereto as Exhibit A, shall be deemed filed and served as of the date that this Order is signed. It is further ORDERED that Dome Printing is added as a Defendant in this matter.

Upon the entry of this order, Plaintiff shall file the unredacted version of Exhibit A with the Court pursuant to the Court's procedures for the filing of sealed documents, and within seven days of the entry of this order shall file a Motion to Seal the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: 10/20/2021

/s/John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

4842-1411-5839.2 / 080723-1059

LITTLER MENDELSON P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4

JOINT STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER