Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, California  92612
Telephone: 949.705.3000
Fax No.:    949.724.1201

Attorneys for Plaintiff
R. R. DONNELLEY & SONS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS, III, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-00753-JAM-AC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL PORTIONS OF ITS AMENDED COMPLAINT<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JOHN A. MENDEZ |

The Court, having reviewed Plaintiff R. R. DONELLEY & SONS COMPANY's ("RRD") Request to Seal Portions of Its Amended Complaint (the "Request"), all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

IT IS ORDERED that RRD's Request is GRANTED.

IT IS FURTHER ORDERED the following portions of RRD's Amended Complaint be sealed:

- pg. 6 lines 19-21; pg. 6 lines 24-26; pg. 15, line 6; pg. 15, lines 9-10; pg. 15, lines 17-18; pg. 15, lines 22-28; pg. 16, line 1; pg. 16, lines 6-7; pg. 16, line 9; pg. 16, line 13; pg. 16, line 25; pg. 17, lines 3-6; pg. 17,

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL

line 13; pg. 17, line 15; pg. 17, line 18; pg. 17, lines 22-23; pg. 18, line 3; pg. 18, lines 7-10; portions of Exhibits 5-7; entire Exhibit 8; and portions of Exhibits 9-11, and 13.

IT IS SO ORDERED.

DATED:  October 28, 2021        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

2

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL