1  Mark A. Romeo, Bar No. 173007
   mromeo@littler.com
2  Derek S. Hecht, Bar No. 273039
   dhecht@littler.com
3  LITTLER MENDELSON P.C.
   18565 Jamboree Road
4  Suite 800
   Irvine, California  92612
5  Telephone:  949.705.3000
   Fax No.:      949.724.1201
6
   Attorneys for Plaintiff
7  R. R. DONNELLEY & SONS COMPANY

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11

12 R. R. DONNELLEY & SONS          Case No. 2:21-cv-00753-JAM-AC
   COMPANY, a Delaware corporation,
13                                 **ORDER GRANTING
          Plaintiff,                PLAINTIFF'S REQUEST TO
14                                  SEAL PORTIONS OF ITS
       v.                           MOTION FOR CONTEMPT OR,
15                                  IN THE ALTERNATIVE, TO
   JOHN PAPPAS, III, an individual, and   ISSUE AN ORDER TO SHOW
16 DOES 1-10,                       CAUSE WHY DEFENDANT
                                    SHOULD NOT BE HELD IN
17        Defendants.               CONTEMPT**

18                                 ASSIGNED FOR ALL PURPOSES
                                   TO JUDGE JOHN A. MENDEZ
19

20        The Court, having reviewed Plaintiff R. R. DONELLEY & SONS

21 COMPANY's ("RRD") Request to Seal Portions of Its Motion for Contempt (the

22 "Request"), all supporting and opposition papers submitted in connection with the

23 Request, and all papers and pleadings on file in this matter, and good cause appearing

24 therefore,

25        IT IS ORDERED that RRD's Request is GRANTED.

26        IT IS FURTHER ORDERED the following portions of RRD's Motion for

27 Contempt be sealed:

28

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL

      a.      Memorandum in Support of Motion for Contempt: pg. 7 line 19; pg. 7 line 21; pg. 7 lines 23-25; pg. 10 line 5; pg. 10 line 7; pg. 10 lines 10-11; pg. 10 line 16; pg. 10 line 19; pg. 10 line 22; pg. 10 fn. 5; pg. 11 line 1; pg. 11 lines 4-6; pg. 12 line 10; pg. 12 line 12; pg. 12 line 14; pg. 12 line 17; pg. 12 fn. 6; pg. 13 lines 5-7; pg. 14 line 1; pg. 14 lines 3-5; pg. 14 fn 9; pg. 19 line 4; pg. 19 line 6; pg. 19 line 20; pg. 19 lines 22-23;

      b.      Declaration of Geo Brown: entire Exhibits A through D;

      c.      Declaration of Derek Hecht: pg. 5 line 7; parts of Exhibits A, B, C, and I, entire Exhibits K through N;

      d.      Declaration of Craig Roberton: pg. 4 lines 8-10; pg. 4 line 13; pg. 4 lines 20-24; pg. 5 lines 9-11; pg. 5 line 17; pg. 5 lines 22-26; pg. 6 lines 7-8; pg. 7 lines 3-4; pg. 8 line 9; pg. 8 lines 11-13; pg. 8 line 15-20; pg. 8 lines 22-25; pg. 8 line 27; pg. 9 lines 2-4; pg. 9 line 7; pg. 9 line 10; pg. 9 line 12; pg. 9 line 14; pg. 9 line 16-21; pg. 9 lines 23-24; pg. 9 line 28; pg. 10 lines 5-9; pg. 10 line 11; pg. 10 line 13; pg. 10 line 16; pg. 10 line 18; pg. 10 line 22; pg. 10 line 24; pg. 10 line 26; and pg. 11 lines 3-24.

IT IS SO ORDERED.

DATED: April 7, 2022      /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON P.C.
Attorneys at Law
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

2
ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL