1  Mark A. Romeo, Bar No. 173007
   mromeo@littler.com
2  Derek S. Hecht, Bar No. 273039
   dhecht@littler.com
3  LITTLER MENDELSON P.C.
   18565 Jamboree Road, Suite 800
4  Irvine, California 92612
   Telephone: 949.705.3000
5  Fax No.: 949.724.1201

6  Attorneys for Plaintiff
   R. R. DONNELLEY & SONS COMPANY
7

8  BUCHALTER, A Professional Corporation
   DYLAN W. WISEMAN (SBN: 173669)
   BERIT ELAM (SBN: 307389)
9  500 Capitol Mall, Suite 1900
   Sacramento, CA 95814
10 Telephone: 916.945.5170
   Email:    dwiseman@buchalter.com
11           belam@buchalter.com

12 Attorneys for Defendants and Counter-Claimants
   JOHN PAPPAS III and MERILIZ, INC.,
13 dba DOME PRINTING

14                **UNITED STATES DISTRICT COURT**

15                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  R. R. DONNELLEY & SONS COMPANY, a Delaware corporation, | CASE NO. 2:21-cv-00753-KJM-AC |
| 17              Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT JOHN PAPPAS III TO OPPOSE PLAINTIFF AND COUNTER-DEFENDANT R.R. DONNELLY & SONS COMPANY'S MOTION FOR CONTEMPT OR, IN THE ALTERNATIVE, TO ISSUE AN ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT; ORDER** |
| 18     vs. | |
| 19  JOHN PAPPAS III, an individual, MERILIZ, INC., dba DOME PRINTING, and DOES 1-10, | |
| 20 | |
| 21              Defendants. | |
| 22  JOHN PAPPAS III, an individual, and MERILIZ, INC., dba DOME PRINTING, | Trial Date: January 30, 2023
Complaint Filed: April 26, 2021 |
| 23 | |
| 24              Counter-Claimants, | |
| 25     vs. | |
| 26  R. R. DONNELLEY & SONS COMPANY, a Delaware corporation, | |
| 27 | |
| 28              Counter-Defendants. | |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

BN 70125074v1                           1
**STIPULATION TO EXTEND TIME FOR PAPPAS TO OPPOSE PLAINTIFF'S MOTION FOR CONTEMPT - CASE NO. 2:21-cv-00753-KJM-AC**

Plaintiff and Counter-Defendant R.R. Donnelley & Sons Company ("Donnelley") and Defendant and Counter-Claimant John Pappas III ("Pappas") hereby stipulate and agree as follows:

1. Donnelley filed its Complaint in this action on April 26, 2021. Subsequently Donnelley amended its Complaint to add Defendant Meriliz Inc., dba Dome Printing ("Dome") as a defendant on October 27, 2021.

2. Pappas and Dome filed a counter-claim against Donnelley on November 3, 2021 and amended their claims on November 11, 2021.

3. This case is in the midst of discovery, and is set for trial on January 30, 2023.

4. On April 18, 2023, this case was reassigned from District Judge John A. Mendez to Chief District Judge Kimberly J. Mueller.

5. On April 6, 2022, Donnelley filed and served a Motion for Contempt or, in The Alternative, To Issue an Order to Show Cause Why Defendant Should Not Be Held in Contempt ("Motion") against Pappas in this action. This Motion is set for hearing on June 28, 2022.

6. Just over a month prior to the Motion's filing, the Local Rules for the Eastern District of California were amended on March 1, 2022. Some of the amendments were to Rule 230, which sets the civil motion calendaring procedure. Rule 230(c) was updated to set the deadline for opposition to any motion to be due 14 days from the date of the motion's filing.

7. Prior to March 1, 2022, the Local Rule 230(c) set the deadline for opposition to any motion to run 14 days preceding the hearing date on the motion. At the time of the Motion's filing, Counsel for Defendants were under the impression that the prior version of Local Rule 230(c) governed and would have made the Opposition to the Motion due June 14, 2022. However, the deadline was in fact governed by the new version of Rule 230(c) and therefore was due April 20, 2022.

8. Counsel for Defendants became aware of the rule change on April 26, 2022, after the deadline for the Opposition under new Rule 230(c) passed.

9. On April 27, 2022 Defendants requested an extension to oppose Donnelley's Motion. In light of the recent rule change, Donnelley agreed to a courtesy extension on the deadline for Pappas to file an opposition to the Motion. Donnelley agreed to make the new deadline for

Pappas' opposition May 18, 2022.

10. The Parties agree that Donnelley's deadline to file a reply should be set for June 6, 2022.

11. Under this modified briefing schedule, there would be no prejudice to Donnelley as it would have nearly three weeks to file any reply. Defendants agreed to extend the reply deadline beyond the standard 10 days under Local Rule 230(d) to accommodate the paternity leave of Donnelley's counsel. Nevertheless, all briefing would still be submitted to the Court three weeks before the hearing date.

12. Accordingly, it is hereby agreed and stipulated by the Parties that Pappas' deadline to file an opposition to the Motion is extended to May 18, 2022, and that Donnelley's deadline to file a reply is extended to June 6, 2022.

13. Additionally, on April 29, 2022, the Court continued the hearing date for the Motion to July 8, 2022. Counsel for Defendants is in trial in Los Angeles on that date (up through July 14, 2022) and therefore the Parties have stipulated and request that the Court extend the hearing date to the next available date, after July 14, 2022.

**STIPULATED AND AGREED TO BY:**

Dated: May 3, 2022                                       LITTLER MENDELSON P.C.


*/s/Derek S. Hecht (as authorized on 5/3/22)*
Mark A. Romeo
Derek S. Hecht
Attorneys for Plaintiff
R. R. DONNELLEY & SONS COMPANY

Dated: May 3, 2022                                       BUCHALTER, APC


*/s/Dylan W. Wiseman*
Dylan W. Wiseman
Berit L. Elam
Attorneys for Defendants and Counter-Claimants JOHN PAPAS III and Meriliz, Inc., dba Dome Printing

# ORDER

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that:

1) Defendant and Counter-Claimant John Pappas III's deadline to file an opposition to Plaintiff and Counter-Defendant R.R. Donnelley & Sons Company's ("Donnelley") Motion for Contempt or, in The Alternative, To Issue an Order to Show Cause Why Defendant Should Not Be Held in Contempt ("Motion") is extended to May 18, 2022, and Donnelley's deadline to file a reply is extended to June 6, 2022.

2) The hearing date on Donnelley's Motion is continued from July 8, 2022 to **July 29, 2022 at 10:00 a.m.**.

**IT IS SO ORDERED.**

DATED: May 9, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE