UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R. DONNELLEY & SONS CO., | No. 2:21-cv-00753 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| JOHN PAPPAS, III, et al, | |
| Defendants. | |

    Before the court is a motion to withdraw as counsel by Buchalter, a Professional Corporation.  ECF No. 87.  Buchalter is counsel of record for defendants and counter-claimants John Pappas III and Merilitz, Inc.  Pappas and Meriliz were served with the notice of the motion and have not come forth in opposition.  The court held a hearing on January 18, 2023 at which counsel Dylan W. Wiseman appeared for Buchalter.  Considering counsel's representations and all supporting papers, and finding good cause, IT IS ORDERED that Buchalter's motion is GRANTED.  Buchalter's representation of defendants and counter-claimants John Pappas III and Merilitz, Inc., dba Dome Printing, is terminated as of January 18, 2023 at 10:30 a.m.

    It is further ORDERED that John Pappas III and Merilitz, Inc. have 30 days from the date of this order to secure new counsel.  That is the deadline for new counsel to appear in conformity with Local Rule 182(a)(2).  The court notes that if counsel does not appear on behalf of Mr. Pappas within 30 days, he will thereafter (unless and until counsel subsequently appears on his

behalf) proceed in pro se in accordance with Local Rule 183.  However, Merilitz, Inc., as a business entity, must be represented by counsel.  Reading Int'l, Inc. v. Malulani Grp., Ltd., 814 F.3d 1046, 1053 (9th Cir. 2016).  If no counsel appears on behalf of Merlitz, Inc., it will lose its right to defend itself and to prosecute any counterclaims in this case.

DATED: January 18, 2023

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE