UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS, III, et al.,<br><br>Defendants. | Case No.  2:21-cv-00753-DJC-AC<br><br><br>ORDER |

On March 7, 2023, the parties filed a stipulation to amend the complaint.  (ECF No. 102.)  Good cause appearing, the Court will grant parties stipulated requests to amend the complaint, to dismiss PM Packing as a defendant to this action, to add PM Corporate Group, Inc. and Dome Printing and Packaging, Inc. as defendants, and to extend the fact discovery cutoff.  (See ECF No. 102 at 4.)

Plaintiff also filed a Notice of Request to Seal and Request to Seal Portions of its Third Amended Complaint.  (ECF No. 103.)  Defendants have not filed an opposition to this request.  Having reviewed plaintiff's Request to Seal, all supporting and opposition papers submitted in connection with that request, and all papers and pleadings on file in this matter, and good cause appearing, the Court will grant plaintiff's request to seal.

////

1

Finally, in order to ensure that the Court's scheduling order in this action properly addresses all dates and deadlines for discovery, motion, pretrial, and trial, the Court will order parties to file a Joint Status Report pursuant to the provisions of Federal Rules of Civil Procedure 16 and 26, in accordance with Local Rule 240 and the Court's Case Management Order referenced on Judge Calabretta's webpage under Case Management Procedures.

In accordance with the above and good cause appearing, IT IS HEREBY ORDERED that:

1. Parties' stipulated motion to amend (ECF No. 102) the complaint is GRANTED;
    a. PM Packaging is dismissed as a defendant from this action;
    b. PM Corporate Group, Inc. is added as a defendant in this action;
    c. Dome Printing and Packaging, LLC is added as a defendant in this action;
    d. The proposed Third Amended Complaint, attached to the parties' stipulation as Exhibit A, is entered as the Third Amended Complaint and shall serve as the operative complaint; and
    e. The fact discovery cutoff is extended to May 26, 2023.
2. Plaintiff's unopposed Request to Seal Documents (ECF No. 103) is GRANTED;
3. Within seven (7) days from the date of entry of this order, plaintiff shall also send the unredacted version of the second amended complaint via email to and file an unredacted version under seal to ApprovedSealed@caed.uscourts.gov for filing under seal on the docket; and
4. Within fourteen (14) days of this order, the parties are ordered to file a Joint Status Report pursuant to the provisions of Federal Rules of Civil Procedure 16 and 26, in accordance with Local Rule 240 and the Court's Case

Management Order referenced on Judge Calabretta's webpage under Case Management Procedures.

IT IS SO ORDERED.

Dated:  **April 12, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC5 – RRDonnelley21cv00753