1  J. Edward Brooks, Bar No. 247767
   ebrooks@gavrilovlaw.com
2  Matthew Richard, Bar No. 340084
   mrichard@gavrilovlaw.com
3  GAVRILOV & BROOKS
   2315 Capitol Ave.
4  Sacramento, CA 95816
   Telephone:  (916) 504-0529
5  Fax No.:      (916) 473-5870
   Attorneys for Defendants
6  JOHN PAPPAS III, PM CORPORATE
   GROUP, INC., and  DOME PRINTING AND
7  PACKAGING, LLC

8  Mark A. Romeo, Bar No. 173007
   mromeo@littler.com
9  Derek S. Hecht, Bar No. 273039
   dhecht@littler.com
10 Linde K. Blocher, Bar No. 330239
   liblocher@littler.com
11 LITTLER MENDELSON P.C.
   18565 Jamboree Road
12 Suite 800
   Irvine, California  92612
13 Telephone:  949.705.3000
   Fax No.:      949.724.1201
14
   Attorneys for Plaintiff
15 R. R. DONNELLEY & SONS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS III, an individual, MERILIZ, INC., dba DOME PRINTING, PM CORPORATE GROUP, INC. dba PM PACKAGING, DOME PRINTING AND PACKAGING, LLC and DOES 1-10,<br><br>Defendant. | Case No.  2:21-cv-00753-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF**<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DANIEL J. CALABRETTA<br><br>Trial Date: Not Set<br><br>Complaint Filed: April 26, 2021 |

4864-8518-8447.1 / 080723-1059

# **ORDER**

The Court having considered the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that: The fact discovery cutoff for discovery regarding PM Corporate Group, Inc.'s and Dome Printing and Packaging, LLC's liability is extended three months to August 26, 2023.

**IT IS SO ORDERED.**

DATED: May 22, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

4864-8518-8447.1 / 080723-1059