J. EDWARD BROOKS (SBN 247767)
MATTHEW RICHARD (SBN 340084)
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, California 95816
Telephone:  (916) 504-0529
Facsimile:  (916) 473-5870
Email: ebrooks@gavrilovlaw.com
       mrichard@gavrilovlaw.com

Attorneys for Defendants
JOHN PAPPAS, III, PM CORPORATE GROUP INC, and
DOME PRINTING AND PACKAGING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>              Plaintiff,<br>        vs.<br><br>JOHN PAPPAS, III, an individual, MERILIZ INC., dba DOME PRINTING, PM CORPORATE GROUP INC, DOME PRINTING AND PACKAGING, LLC and DOES 1-10,<br>inclusive,<br><br>              Defendants. | CASE NO. 2:21-cv-00753-DJC-AC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL EXHIBITS ATTACHED TO THE OMNIBUS DECLARATION OF MATTHEW R. RICHARD IN SUPPORT OF JOINT STATEMENT RE DISCOVERY DISPUTE<br><br>Date:<br>Time:<br>Dept:     10; 13th Floor<br><br>Complaint Filed:     April 26, 2021<br>Trial Date: |

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL

The Court, having reviewed Defendants PM Corporate Group, Inc and Dome Printing and Packaging, LLC's ("Defendants'") Request to Seal Exhibits Attached to Omnibus Declaration of Matthew R. Richard in Support of Joint Statement Re: Discovery Dispute ("Request"), all supporting and opposing papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing;

IT IS ORDERED that Defendant's Request is GRANTED.

IT IS FURTHER ORDERED the following Exhibits attached to the Omnibus Declaration of Matthew R. Richard in support of Joint Statements Re Discovery Dispute be sealed:

- Exhibit 1 - Berkley Research Group's Independent Expert Report
- Exhibit 15 – Document Bates Labeled DOME00000585,
- Exhibit 20 - Document Bates Labeled DOME000786
- Exhibit 21 – Document Bates Labeled DOME000813
- Exhibit 22 – Document Bates Labeled DOME000816

IT IS ORDERED

DATE: December 12, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE