Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
Linde K. Blocher, Bar No. 330239
liblocher@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Plaintiff
R. R. DONNELLEY & SONS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS III, an individual, MERILIZ, INC., dba DOME PRINTING, PM CORPORATE GROUP, INC. dba PM PACKAGING, DOME PRINTING AND PACKAGING, LLC and DOES 1-10,<br><br>Defendant. | Case No. 2:21-cv-00753-DJC-AC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF R. R. DONNELLEY & SONS COMPANY'S REQUEST TO SEAL PORTIONS OF PLAINTIFF'S MOTIONS TO COMPEL AMENDED DISCOVERY RESPONSES**<br><br>Date:<br>Time:<br>Courtroom: 26<br>Judge: Hon. Allison Claire |

**[PROPOSED] ORDER**

The Court, having reviewed Plaintiff R. R. DONELLEY & SONS COMPANY's ("RRD") Request to Seal Portions of RRD's Motions to Compel Amended Discovery Responses (the "Request"), all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

IT IS ORDERED that RRD's Request is GRANTED.

IT IS FURTHER ORDERED that RRD may file the following Motions and supporting documents under seal:

1. Portions of the Joint Statement re Discovery Disagreement in support of RRD's Motion to Compel Amended Responses to RRD's Special Interrogatories from Defendant DPP (DKT 128):
    a. Pages 3:1-2; 13:19-23; 17:15-18; 21:13-17.

2. Portions of the Joint Statement re Discovery Disagreement in support of RRD's Motion to Compel Amended Responses to RRD's Requests for Production of Documents from Defendant DPP (DKT 129):
    a. Pages 2:19-20; 3:6; 4:3-5; 4:7; 5:3, 5:17; 5:27-6:3; 6:5-7; 6:11-12; 6:21-23; 7:8-9; 7:18-20; 7:23-24; 8:4-5; 8:19; 9:1-2; 9:4-14; 9:22-23; 10:8; 10:25-26; 11:11; 12:1; 12:15; 12:22; 13:27; 14:19-20; 15:1; 15:10; 15:14; 15:28; 16:7; 16:20-22; 16:27; 17:13; 17:20; 18:3-4; 18:7; 18:16; 19:2; 19:9; 19:20-22; 19:25; 20:5; 20:19; 20:26; 21:12; 21:21.

3. Portions of the Declaration of Derek Hecht ("Hecht Decl.") attached to the Joint Statements re Discovery Disagreement in support of RRD's Motions to Compel Amended Responses to (1) RRD's Special Interrogatories to DPP (DKT 128); (2) RRD's Requests for Production of Documents DPP (DKT 129); (3) RRD's Special Interrogatories to PMC (DKT 130); and (4) RRD's Requests for Production of Documents to PMC (DKT 131):
    a. Page 4:22-23, 4:25-5:1.

4. Exhibits to the Hecht Declaration in support of the above Motions to Compel:

    a. Exhibit E, in its entirety; Exhibit H, in its entirety; Exhibit J, pp. 3-4; Exhibit M, in its entirety.

**IT IS SO ORDERED.**

DATED: December 12, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4874-3902-8116.1 / 080723-1059