J. EDWARD BROOKS, SBN 247767
MATTHEW RICHARD, SBN 340084
MICHAEL S. WILCOX, SBN 215269
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877
Email: ebrooks@gavrilovlaw.com
Email: mrichard@gavrilovlaw.com
Email: mwilcox@gavrilovlaw.com

Attorneys for Defendants
JOHN PAPPAS, III, PM CORPORATE GROUP, INC, and
DOME PRINTING AND PACKAGING, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN PAPPAS, III, an individual, MERILIZ INC., dba DOME PRINTING, PM CORPORATE GROUP, INC., DOME PRINTING AND PACKAGING, LLC, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00753-DJC-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER ALLOWING CONTINUED FILING OF JOINT STATEMENTS RE DISCOVERY DISAGREEMENT**<br><br>Complaint Filed:　　April 26, 2021<br>Trial Date:　　　　　January 13, 2025 |

**STIPULATION AND ~~PROPOSED~~ ORDER**

Plaintiff R.R. Donnelley and Sons Company ("Plaintiff"), on the one hand, and Defendants PM Corporate Group, inc. and Dome Printing and Packaging, LLC (the "PM Defendants") on the other hand (collectively the "Parties"), hereby stipulate as follows:

1. Defendant filed a motion to compel, Dkt No. 145 ("Motion to Compel") on December 20, 2023, with a hearing date og January 10, 2024 and the Joint Statement re Discovery Disagreement due on December 27, 2023.

2. On December 20, 2023, Counsel for Plaintiff requested an extension to draft Plaintiff's portion of the joint statement in light of the upcoming holidays and Plaintiff's counsel's unavailability. Plaintiff previously granted Defendants a similar extension in light of the Thanksgiving Holiday. Defendants desire to provide the same extension of time to complete the briefing of the Motions to Compel.

3. The Parties thereafter came to the following agreement to which they now stipulate:

A. The parties shall file the Joint Statement re Discovery Disagreement with the Court by January 3, 2024, seven days before the hearing scheduled for January 10, 2024.

B. Plaintiff reserves all rights to challenge the Motion to Compel as untimely.

**SO STIPULATED.**

Dated: December 27, 2023      **GAVRILOV & BROOKS**

　　　　　　　　　　　　　　　　  /s/Matthew R. Richard
　　　　　　　　　　　　　　　　J Edward Brooks
　　　　　　　　　　　　　　　　Matthew Richard
　　　　　　　　　　　　　　　　Michael S. Wilcox
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　JOHN PAPPAS, III,
　　　　　　　　　　　　　　　　PM CORPORATE GROUP, INC, and
　　　　　　　　　　　　　　　　DOME PRINTING AND PACKAGING, LLC

Gavrilov & Brooks
2315 Capitol Avenue
Sacramento, CA 95816

Dated: December 27, 2023          **LITTLER MENDELSON P.C.**

/s/Derek S. Hecht*
Mark A. Romeo
Derek S. Hecht
Attorneys for Plaintiff
R.R. Donnelley & Sons Company

*with permission on 12/27/2023

**IT IS SO ORDERED.**

DATED: January 3, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 2 -
STIPULATION AND PROPOSED ORDER ALLOWING CONTINUED FILING OF JOINT STATEMENT RE DISCOVERY DISAGREEMENT