Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
Linde K. Blocher, Bar No. 330239
liblocher@littler.com
Ariën Koorn, Bar No. 276758
akoorn@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Plaintiff
R. R. DONNELLEY & SONS COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS III, an individual, MERILIZ, INC., dba DOME PRINTING, PM CORPORATE GROUP, INC. dba PM PACKAGING, DOME PRINTING AND PACKAGING, LLC and DOES 1-10,<br><br>Defendant. | Case No. 2:21-cv-00753-DJC-AC<br><br>**ORDER GRANTING PLAINTIFF R. R. DONNELLEY & SONS COMPANY'S REQUEST TO SEAL PORTIONS OF ITS FOURTH AMENDED COMPLAINT**<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DANIEL J. CALABRETTA<br><br>Date:<br>Time:<br>Courtroom: 10<br><br>Trial Date: January 13, 2025<br><br>Complaint Filed: April 26, 2021 |

**ORDER**

The Court, having reviewed Plaintiff R. R. DONELLEY & SONS COMPANY's ("RRD") Request to Seal Portions of its Motion for Leave to File Fourth Amended Complaint (the "Request"), all supporting and opposition papers submitted in connection with the Request, and all papers and pleadings on file in this matter, and good cause appearing therefore,

IT IS ORDERED that RRD's Request is GRANTED.

IT IS FURTHER ORDERED that the following Exhibits to the Declaration of Derek Hecht ("Hecht Decl.") In Support of RRD's Motion be sealed:

- Exhibit C, p. 6, lines 10-28; p. 7, lines 1-17;
- Exhibit I, p. 4;
- Exhibit M, p. 7, lines 19-21 and 24-25; p. 15, lines 17-18 and 21; p. 16, lines 1-3, 6-12, 16-18, and 21; p. 17, lines 5, 10-12, 18, 20, 22, and 26-17; and p. 18, lines 6, and 10-11.

IT IS FURTHER ORDERED that RRD may file its Fourth Amended Complaint under Seal.

**IT IS SO ORDERED.**

Dated: February 16, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE