J. Edward Brooks, State Bar No. 247767
Michael S. Wilcox, State Bar No. 215269
Matthew R. Richard, State Bar No. 340084
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877
Email: ebrooks@gavrilovlaw.com
Email: mwilcox@gavrilovlaw.com
Email: mrichard@gavrilovlaw.com

Attorneys for Defendants
JOHN PAPPAS, III, PM CORPORATE GROUP INC, and
DOME PRINTING AND PACKAGING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PAPPAS, III, an individual, MERILIZ INC., dba DOME PRINTING, PM CORPORATE GROUP INC, DOME PRINTING AND PACKAGING, LLC and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:21-cv-00753-DJC-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL EXHIBITS ATTACHED TO THE DECLARATION OF MATTHEW R. RICHARD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       May 9, 2024<br>Time:      1:30 p.m.<br>Courtroom: 10<br><br>Complaint Filed:  April 26, 2021<br>Trial Date:           January 13, 2025 |

The Court, having reviewed Defendants' Request to Seal Exhibits Attached to the Declaration of Matthew R. Richard in Support of Motion for Summary Judgment ("Motion"), all supporting and opposition papers submitted in connection with the Motion, and all papers and pleadings on file in this matter, and good cause appearing therefore;

IT IS ORDERED that Defendants' Request is GRANTED.

IT IS FURTHER ORDERED the following Exhibits attached to the Declaration of Matthew R. Richard in Support of PM Corporate Group, Inc. and Dome Printing and Packaging, LLC's Motion for Summary Judgment be sealed:

- Exhibit A - December 22, 2021 Report of Berkeley Research Group.
- Exhibit C - Selected pages from the December 12, 2023 Rule 30(b)(6) deposition of RRD by Craig Roberton.
- Exhibit F-2 - Selected pages from the November 7, 2023 Rule 30(b)(6) deposition of PMP by Jim Belcher.
- Exhibit G-2 - Selected pages from the November 6, 2023 Rule 30(b)(6) deposition of DPP by Gayle Cronin.
- Exhibit I - Selected pages from the February 8, 2024 Expert Report of Travis P Armstrong (for Plaintiff RRD).
- Exhibit K-2 - Selected pages from the September 23, 2021 deposition of Tim Poole.
- Exhibit L - Selected pages from the July 26, 2022 deposition of Geoffrey Brown.
- Exhibit R - The May 11, 2021 Preliminary Trade Secrets Designation.
- Exhibit S - Documents produced by Plaintiff in this litigation at *Bates* ranges RRD 3478-3939; 4084-4093; 4114-4115; 4122-4127; 4142-4144; 4173-4178; 4180-4181; and 4210-4212.
- Exhibit T - Documents produced by Plaintiff in this litigation at *Bates* ranges RRD 3994-4013 and 4016-4079.
- Exhibit U - A document produced by Plaintiff in this litigation at *Bates* no. RRD 4082.

Gavrilov & Brooks
2315 Capitol Avenue
Sacramento, CA 95816

2
ORDER GRANTING DEFENDANTS' REQUEST TO SEAL EXHIBITS ATTACHED TO THE DECLARATION OF MATTHES R. RICHARD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

- Exhibit V - Documents produced by Plaintiff in this litigation at *Bates* ranges RRD 4116-4118; 4121; 4141; 4147; 4170; 4179; 4196-4197; and 4204.
- Exhibit W - A document produced by Plaintiff in this litigation at Bates range RRD 3945-57.
- Exhibit X - Documents produced by Plaintiff in this litigation at Bates ranges RRD 8413-14.

IT IS SO ORDERED.

Dated: April 12, 2024            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE