J. Edward Brooks, State Bar No. 247767
Michael S. Wilcox, State Bar No. 215269
Matthew R. Richard, State Bar No. 340084
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877
Email: ebrooks@gavrilovlaw.com
Email: mwilcox@gavrilovlaw.com
Email: mrichard@gavrilovlaw.com

Attorneys for Defendants
JOHN PAPPAS, III, PM CORPORATE GROUP INC, and
DOME PRINTING AND PACKAGING, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN PAPPAS, III, an individual, MERILIZ INC., dba DOME PRINTING, PM CORPORATE GROUP INC, DOME PRINTING AND PACKAGING, LLC and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-00753-DJC-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL EXHIBITS ATTACHED TO THE DECLARATION OF MATTHEW R. RICHARD IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT**<br><br>Complaint Filed:　April 26, 2021<br>Trial Date:　　　　January 13, 2025 |

The Court, having reviewed Defendants' Request to Seal Exhibits Attached to the Supplemental Declaration of Matthew R. Richard in Support of Motion for Summary Judgment ("Motion"), all supporting and opposition papers submitted in connection with the Motion, and all papers and pleadings on file in this matter, and good cause appearing therefore;

IT IS ORDERED that Defendants' Request is GRANTED.

IT IS FURTHER ORDERED the following Exhibits attached to the Declaration of Matthew R. Richard in Opposition to Contempt Motion be sealed:

- Exhibit D– DOME_0000588

IT IS SO ORDERED

Dated:  May 10, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE