# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY,<br><br>    Plaintiff,<br><br>     v.<br><br>JOHN PAPPAS, III, MERILIZ INC., PM CORPORATE GROUP, INC., and DOME PRINTING AND PACKAGING, LLC,<br><br>    Defendants. | Case No.:  2:21-cv-00753-DJC-AC<br><br>**ORDER GRANTING REQUESTS TO SEAL** |

Plaintiff has filed two Requests to Seal Documents that Defendants have opposed.  (*See* ECF Nos. 190, 196.)  Having considered the briefing of both parties (*see* ECF Nos. 190, 194, 196, 204, 215), the Court concludes that a compelling reason exists to seal the documents in question as they contain confidential commercial information in the form of customer information, including customer names, that could cause harm if disclosed publicly to competitors.  *See Virun, Inc. v. Cymbiotika, LLC*, No. 8:22-cv-00325-SSS-DFMx, 2022 WL 17401698, at *2 (C.D. Cal. Aug. 19,

1   2022); *see also Upmann Sanchez Turf and Landscape, Inc. v. US Turf, LLC*, No. 2:21-cv-
2   01749-JCM-DJA, 2023 WL 2610178, at *5 (D. Nev. Mar. 23, 2023).  Accordingly,
3   Plaintiff's Requests to Seal Documents (ECF Nos. 190, 196) are GRANTED.

5   Dated:  May 17, 2024               /s/ Daniel J. Calabretta
6                                      THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE