J. Edward Brooks, State Bar No. 247767
Michael S. Wilcox, State Bar No. 215269
Matthew R. Richard, State Bar No. 340084
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877
Email: ebrooks@gavrilovlaw.com
Email: mwilcox@gavrilovlaw.com
Email: mrichard@gavrilovlaw.com

Attorneys for Defendants
JOHN PAPPAS, III, PM CORPORATE GROUP INC, and
DOME PRINTING AND PACKAGING, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN PAPPAS, III, an individual, MERILIZ INC., dba DOME PRINTING, PM CORPORATE GROUP INC, DOME PRINTING AND PACKAGING, LLC and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  2:21-cv-00753-DJC-AC<br><br>**STIPULATION RE MEDIATION, REQUEST AND ORDER MODIFYING SCHEDULING ORDER AND SUSPENDING ALL DATES**<br><br>Complaint Filed:   April 26, 2021<br>Trial Date:             January 13, 2025 |

**STIPULATION RE MEDIATION AND REQUEST TO MODIFY SCHEDULING ORDER AND SUSPEND ALL DATES**

On May 9, 2024, at the hearing of Defendants' Motion for Summary Judgment, the Court described the inordinate consumption of judicial resources that this matter entails and, given the Court's extraordinary heavy case load, strongly advised the parties to consider options whereby this matter may be settled.  Based on this advice, the parties have agreed in principle to participate in mediation before the Honorable David Ira Brown (Ret.) through JAMS.  Tentatively, the parties have agreed that such a mediation could take place on any of the dates of June 24 through 27 or July 17.  The final scheduling thereof, subject to the availability of Sherwood Partners, who administrate the assets of Defendant Meriliz, Inc., and whose presence is believed necessary to reach a settlement agreement.

In order to focus their time on mediation efforts and avoid the raising of additional issues that may interfere with the foregoing tentative agreement to mediate, the parties hereby stipulate and request that the Scheduling Order be modified so that all dates, including briefing due dates, hearing dates, associated deadlines, and the trial date be suspended and continued, to be re-scheduled, if necessary, following mediation.

SO STIPULATED

Dated: May 17, 2024                                **GAVRILOV & BROOKS**

                                                    ___/s/ Michael S. Wilcox_____
                                                    J. Edward Brooks
                                                    Michael S. Wilcox
                                                    Matthew Richard

                                                    Attorneys for Defendants

Dated: May 17, 2024                                **GAVRILOV & BROOKS**

                                                    ___/s/ Derek S. Hecht_____
                                                    Mark A. Romeo
                                                    Derek S. Hecht
                                                    Linde Blocher
                                                    Arien Koorn

                                                    Attorneys for Plaintiff

The Court hereby vacates all pending dates stated in the Scheduling Order, as well as all briefing due dates, hearing dates, associated deadlines, and the trial date.  Such dates are hereby suspended and continued, to be re-scheduled, if necessary.  All past deadlines remain closed and will not be re-opened, without leave of the Court.  The parties are hereby ordered to submit a joint status statement within forty-five (45) days of the completion of mediation, advising the Court of the status of the case and, if necessary, proposing the resetting of suspended deadlines.

**IT IS SO ORDERED.**

Dated:  May 17, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE