UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS III, an individual, MERILIZ, INC., dba DOME PRINTING, PMCORPORATE GROUP, INC. dba PM PACKAGING, DOME PRINTING AND PACKAGING, LLC and DOES 1-10,<br><br>Defendants. | No.  2:21-cv-00753 DJC AC<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a motion for entry of default against corporate defendant Meriliz Inc. on April 23, 2024.  ECF No. 198.  The motion argues that while Meriliz initially appeared and participated in this matter, Meriliz has since failed to comply with the Court's Orders and the Local Rules, resulting in a complete lack of participation in these proceedings.  ECF No. 198 at 3.  Importantly, the motion also notes that counsel for Meriliz withdrew, and while new counsel has appeared on behalf of other defendants, Meriliz remains unrepresented.  Id. at 4; see also ECF No. 113.  The motion correctly notes that under Local Rule 183, "[a] corporation or other entity may appear only by an attorney."  See also, Rowland v. Cal. Mens Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201- 02 (1993).  Meriliz did not respond to the motion for entry of default.

1

Accordingly, IT IS HEREBY ORDERED that defendant Meriliz Inc. is Ordered to Show Cause, in writing, no later than June 7, 2024, why the court should not grant the motion for entry of default and direct the Clerk of Court to enter default against Meriliz, Inc, exposing Meriliz Inc. to the potential for an entry default judgment against it.  Appearance of counsel on behalf of Meriliz will discharge this order.

DATED: May 29, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE