1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   R. R. DONNELLEY & SONS                    No.  2:21-cv-00753 DJC AC
     COMPANY, a Delaware corporation,
11
                   Plaintiff,
12                                             ORDER
            v.
13
     JOHN PAPPAS III, an individual,
14   MERILIZ, INC., dba DOME PRINTING,
     PMCORPORATE GROUP, INC. dba PM
15   PACKAGING, DOME PRINTING AND
     PACKAGING, LLC and DOES 1-10,
16
                   Defendants.
17

18

19          Plaintiff filed a motion for entry of default against corporate defendant Meriliz Inc. on

20   April 23, 2024.  ECF No. 198.  The motion argues that while Meriliz initially appeared and

21   participated in this matter, Meriliz has since failed to comply with the Court's orders and the

22   Local Rules, resulting in a complete lack of participation in these proceedings.  ECF No. 198 at 3.

23   Importantly, the motion also notes that counsel for Meriliz withdrew, and while new counsel has

24   appeared on behalf of other defendants, Meriliz remains unrepresented.  Id. at 4; see also ECF

25   No. 113.  The motion correctly notes that under Local Rule 183, "[a] corporation or other entity

26   may appear only by an attorney."  See also, Rowland v. Cal. Mens Colony, Unit II Men's

27   Advisory Council, 506 U.S. 194, 201- 02 (1993).  Meriliz did not respond to the motion for entry

28   of default.  Accordingly, on May 30, 2024, the undersigned issued an order to show cause, in

                                                  1

writing, no later than June 7, 2024, why the court should not grant the motion for entry of default and direct the Clerk of Court to enter default against Meriliz, Inc, exposing Meriliz Inc. to the potential for an entry default judgment against it.  ECF No. 234.  The deadline has passed and Merlitz has taken no action.

For the foregoing reasons, it is clear that Meriliz Inc. has abandoned this case and no longer intends to defend itself.  Accordingly, the Clerk of Court is hereby DIRECTED to enter default against defendant Meriliz Inc.

DATED: June 12, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2