Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
Linde K. Blocher, Bar No. 330239
liblocher@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone:   949.705.3000
Fax No.:        949.724.1201

Attorneys for Plaintiff
R. R. DONNELLEY & SONS COMPANY

GAVRILOV & BROOKS
J. EDWARD BROOKS (SBN 247767)
MATTHEW RICHARD (SBN 340084)
2315 Capitol Avenue
Sacramento, California 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: ebrooks@gavrilovlaw.com
mrichard@gavrilovlaw.com

Attorneys for Defendants
JOHN PAPPAS III, PM CORPORATE GROUP, INC., DOME PRINTING AND PACKAGING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>v.<br>JOHN PAPPAS III, an individual, MERILIZ, INC., dba DOME PRINTING,  PM CORPORATE GROUP, INC. dba PM PACKAGING, DOME PRINTING AND PACKAGING, LLC and DOES 1-10,<br><br>Defendant. | Case No.  2:21-cv-00753-DJC-AC<br><br>**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AND ORDER THEREON** |

STIPULATION FOR PERMANENT INJUNCTION

1  Plaintiff R.R. Donnelley & Sons Company ("RRD") and Defendants JOHN PAPPAS III ("Pappas"), PM CORPORATE GROUP, INC. ("PMC"), DOME PRINTING AND PACKAGING, LLC ("DPP") (collectively "Defendants") (RRD and the Defendants are collectively referred to as the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, Pappas is a former employee of RRD;

2. WHEREAS, RRD filed a Complaint against Pappas in the above-captioned matter on April 26, 2021, alleging, among other things, misappropriation of trade secrets and computer crimes in violation of California Penal Code Section 502(c);

3. WHEREAS, RRD has alleged that Pappas disclosed and used RRD confidential information on behalf of Meriliz Inc., DPP, and PMC;

4. WHEREAS, the Parties attended mediation on June 27, 2024, and a settlement was reached; and

5. WHEREAS, as a necessary element of the Parties' settlement agreement, and in order to resolve RRD's claims against Defendants, the Parties have agreed to the following terms of a stipulated permanent injunction.

Now, therefore, **IT IS STIPULATED** between RRD and Defendants, based on the record in this matter and the recitals contained above, that RRD and Defendants jointly move this Court for entry of a Permanent Injunction:

a. Pappas will not use or disclose any RRD information (i.e., any information Pappas obtained from RRD's systems);

b. Pappas will diligently search for and then return any such RRD information (i.e., any information Pappas obtained from RRD's systems) in his possession, and should he subsequently discover any such information in his possession, he will immediately return it.

/ / /

/ /

/

| | | |
|---|---|---|
| Dated: September 11, 2024 | | LITTLER MENDELSON P.C. |

*/s/ Derek S. Hecht*
Mark A. Romeo
Derek S. Hecht
Linde K. Blocher

Attorneys for Plaintiff
R. R. Donnelley & Sons Company

Dated: September 11, 2024        GAVRILOV & BROOKS

*/s/ Matthew R. Richard*
J. Edward Brooks
Matthew R. Richard

Attorneys for Defendants
John Pappas III; PM Corporate Group, Inc;
and Dome Printing and Packaging, LLC

ORDER

Based on the Parties' stipulation as set forth above, and the Court's independent review of the record on file in this case, and Good Cause appearing therefore,

IT IS ORDERED.

Dated:  September 13, 2024                                  /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE