Mark A. Romeo, Bar No. 173007
mromeo@littler.com
Derek S. Hecht, Bar No. 273039
dhecht@littler.com
Linde K. Blocher, Bar No. 330239
liblocher@littler.com
Ariën Koorn, Bar No. 276758
akoorn@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone:  949.705.3000
Fax No.:     949.724.1201

Attorneys for Plaintiff
R. R. DONNELLEY & SONS COMPANY

J. Edward Brooks, Bar No. 247767
ebrooks@gavrilovlaw.com
Matthew Richard, Bar No. 340084
mrichard@gavrilovlaw.com
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, California 95816
Telephone:  916.504.0529
Fax No.:     916.473.5870

Attorneys for Defendants
JOHN PAPPAS III, PM CORPORATE GROUP,
INC., DOME PRINTING AND PACKAGING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAPPAS III, an individual, MERILIZ, INC., dba DOME PRINTING,  PM CORPORATE GROUP, INC. dba PM PACKAGING, DOME PRINTING AND PACKAGING, LLC and DOES 1-10,<br><br>Defendant. | Case No.  2:21-cv-00753-DJC-AC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND ORDER THEREON**<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DANIEL J. CALABRETTA<br><br>Trial Date: January 13, 2025<br><br>Complaint Filed: April 26, 2021 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and following the private settlement of this action as stated in their August 9, 2024 Joint Statement, Plaintiff R. R. DONNELLEY & SONS COMPANY, and Defendants JOHN PAPPAS III, PM CORPORATE GROUP, INC., dba PM PACKAGING, and DOME PRINTING AND PACKAGING, LLC, hereby stipulate and agree to dismiss the above-entitled action with prejudice, with each party to bear its own fees, costs and expenses.

Dated:    October 1, 2024    LITTLER MENDELSON P.C.

*/s/ Ariën Koorn*
Mark A. Romeo
Derek S. Hecht
Linde K. Blocher
Ariën Koorn

Attorneys for Plaintiff
R. R. Donnelley & Sons Company

Dated:    October 1, 2024    GAVRILOV & BROOKS

*/s/ Matthew R. Richard*
J. Edward Brooks
Matthew R. Richard

Attorneys for Defendants
John Pappas III; PM Corporate Group, Inc; and Dome Printing and Packaging, LLC

**ORDER**

This action is DISMISSED with prejudice, as provided by Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Joint Stipulation for Dismissal. Accordingly, all previously set deadlines and hearings are VACATED, and this case is CLOSED with each party to bear its own fees, costs and expenses.

IT IS SO ORDERED.

Dated: October 2, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE